## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE ACUITY BRANDS DATA SECURITY BREACH LITIGATION | Case No. 1:22-cv-4940-JPB<br><br>Hon. J.P. Boulee |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiffs, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismiss this action without prejudice.  Dismissal is appropriate under this rule as Defendant has not answered or filed a motion for summary judgment.  Parties to bear their own costs.

Dated:  June 16, 2023                             Respectfully submitted,

                                                    By:   */s/ Kyle G.A. Wallace*
                                                         Kyle G.A. Wallace
                                                         **Shiver Hamilton Campbell LLC**
                                                         3490 Piedmont Road, Suite 640
                                                         Atlanta, GA 30305
                                                         Tel: (404) 593-0020
                                                         Fax: (888) 501-9536
                                                         kwallace@shiverhamilton.com

                                                         Jason S. Rathod*
                                                         Nicholas A. Migliaccio*
                                                         **Migliaccio & Rathod LLP**
                                                         412 H Street NE
                                                         Washington, DC 20002

       Tel: (202) 470-3520
       Fax: (202) 800-2730
       nmigliaccio@classlawdc.com
       jrathod@classlawdc.com

    **Admitted Pro Hac Vice*
*Attorneys for Plaintiff Melissa Stark*

 /s/David K. Lietz
David K. Lietz (*pro hac vice*)
dlietz@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
5101 Wisconsin Avenue NW, Suite 305
Washington D.C. 20016
Telephone: (202) 744-1795

*Attorneys for Plaintiffs Andrew Smith and Mackenzie Fairfield*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading has been prepared with Times New Roman, 14-point font, in compliance with L.R. 5.1B.

Dated: June 16, 2023.

/s/ Kyle G.A. Wallace
Kyle G.A. Wallace

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2023, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to all counsel of record in this matter.

/s/ Kyle G.A. Wallace
Kyle G.A. Wallace